FILED
December 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003131563

2
Eric J. Nims
Chapter 7 Trustee
P.O. Box 873
Linden, CA 95236
(209) 887-3585

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 10-37117-A-7 |
| | Chapter: 7 |
| ANTHONY ULYSSES KANELLIS and | DC No.: EJN-1 |
| CATHERINE LYNN HALL-KANELLIS | MOTION FOR SALE OF ASSETS |
| Debtors. | DATE: December 27, 2010 |
| | TIME: 9:00 a.m. |
| | PLACE: U.S. Bankruptcy Court |
| | Courtroom 28, Dept. A, 7th Fl. |
| | 501 I Street |
| | Sacramento, California |

Eric J. Nims, the duly-appointed, qualified and acting Chapter 7 trustee of the above-referenced debtor ("Chapter 7 trustee"), hereby moves for an order approving the sale of the estate's interest in personal property commonly known as a 2005 Harley Davidson Electra Glide motorcycle back to the Debtors for $6,561.62, for the reasons set forth below:

1. Anthony Ulysses Kanellis and Catherine Lynn Hall-Kanellis, the Debtors herein, filed a voluntary petition under Chapter 7 of the bankruptcy code in the above-entitled Court.

2. Debtors' estate includes a 2005 Harley Davidson Electra Glide motorcycle ("Motorcycle"). On Schedule B, Debtors listed the market value of the Motorcycle as $10,000. On Schedule C of their petition, Debtors made a claim of exemption in the amount of $3,438.38 under California Code of Civil Procedure Section 703.140(b)(5). No objection has been filed to the claim of

exemption. Based upon these figures, the Motorcycle has net equity available to the estate in the amount of $6,561.62 (market value less amount of claimed exemption).

3. Debtor is willing to pay to the estate the amount of $6,561.62 to obtain the estate's interest in the Motorcycle.

WHEREFORE, the Chapter 7 Trustee, Eric J. Nims, respectfully requests that this Court enter its order approving the sale of the estate's interest in the Motorcycle to the Debtors for $6,561.62.

Dated: December 6, 2010

Eric J. Nims
Chap. 7 Bankruptcy Trustee

Motion For Sale of Assets